OFFICE OF DISCIPLINARY COUNSEL *v.* MACURDY.

[Cite as Disciplinary Counsel *v.* Macurdy (1990), 56 Ohio St. 3d 69.]

(No. 90-997—Submitted July 31, 1990—Decided December 12, 1990.)

*J. Warren Bettis,* disciplinary counsel, and *Harald F. Craig III,* for relator.

*Per Curiam.* Pursuant to Gov. Bar R. V(44), we disbar respondent from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.